IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL COLEMAN,

    Plaintiff,

v.

MARCUS HARDY,

    Defendant.                                No. 11-cv-360-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 32) entered by this Court on March 4, 2014, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and all claims are **DISMISSED with prejudice**.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:  s/*Sara Jennings*
                                                  Deputy Clerk

**DATED:** March 5, 2014

Digitally signed by David R. Herndon
Date: 2014.03.05 13:16:07 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**